TIMOTHY COURCHAINE
United States Attorney
District of Arizona

THOMAS SIMON
Assistant United States Attorney
Arizona State Bar No. 03857
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: tom.simon@usdoj.gov
Attorneys for Plaintiff

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

AUG 1 9 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ K/1 _____ Z DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Bert Andrew Vest,

Defendant.

No.    CR-25-01158-PHX-DJH (ESW)

**INDICTMENT**

VIO:    18 U.S.C. §§ 1153 and 1111
(CIR- Second Degree Murder)
Count 1

18 U.S.C. §§ 1153 and 113(a)(3)
(CIR-Assault with a Dangerous
Weapon)
Count 3

18 U.S.C. § 924(c)(1)(A)
(Discharge of a Firearm During and
in Relation to a Crime of Violence)
Count 2 and 4

18 U.S.C. §§ 1153 and 113(a)(6)
(CIR-Assault Resulting in Serious
Bodily Injury)
Count 5

18 U.S.C. §§ 922(g)(1) and 924(a)(8)
(Possession of a Firearm by a
Prohibited Possessor)
Count 6

18 U.S.C. §§ 924(d) and 981,
21 U.S.C. § 853 and
28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about June 25, 2022, in the District of Arizona, within the confines of the Salt River Pima-Maricopa Indian Reservation, Indian Country, Defendant, BERT ANDREW VEST, an Indian, did with malice aforethought, unlawfully kill victim 1, J.C.

In violation of Title 18, United States Code, Sections 1153 and 1111.

**COUNT 2**

On or about June 25, 2022, in the District of Arizona, Defendant, BERT ANDREW VEST, did knowingly use, carry, brandish and discharge a firearm in furtherance of a crime of violence, that is, CIR-Second Degree Murder as alleged in Count 1, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT 3**

On or about June 25, 2022, in the District of Arizona, within the confines of the Salt River Pima-Maricopa Indian Reservation, Indian Country, Defendant, BERT ANDREW VEST, an Indian, did intentionally and knowingly assault victim 2, J.C., with a dangerous weapon, that is, a handgun, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

**COUNT 4**

On or about June 25, 2022, in the District of Arizona, Defendant, BERT ANDREW VEST, did knowingly use, carry, brandish and discharge a firearm in furtherance of a crime of violence, that is, CIR-Assault with a Dangerous Weapon as alleged in Count 3, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT 5**

On or about June 25, 2022, in the District of Arizona, within the confines of the Salt River Pima-Maricopa Indian Reservation, Indian Country, Defendant, BERT ANDREW VEST, an Indian, did intentionally, knowingly, and recklessly assault victim 2, J.C.,

resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

### COUNT 6

On or about June 25, 2022, in the District of Arizona, Defendant, BERT ANDREW VEST, did possess, in and affecting interstate commerce, a firearm, that is, a Smith & Wesson .40 caliber handgun, serial number HDC6084. Defendant knowingly possessed the firearm, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 6 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offenses alleged in Counts 1 through 6 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offenses, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, including, but not limited to the following, involved and used in the offenses:

One Smith & Wesson .40 caliber handgun, serial number HDC6084

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

/ / /

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

_____/s/_____
FOREPERSON OF THE GRAND JURY
Date:  August 19, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

_____/s/_____
THOMAS SIMON
Assistant U.S. Attorney